In the Matter of the Claim of OSCAR KEES, Respondent, against MICHAEL FLYNN MANUFACTURING Co. and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of OLGA AANONSEN, Respondent, against JAKOBSON & PETERSON, INC., and (AMERICAN) LUMBERMENS MUTUAL CASUALTY COMPANY OF ILLINOIS, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of WINIFRED SMITH, Respondent, against VAN DYKE TAXI COMPANY, Known as VAN DYKE TAXI & TRANSFER, INC., and NEW AMSTERDAM CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Petition of B. BROWN COGGSHALL and ARCHIE L. COGGSHALL, as Executors, etc., of SARAH B. COGGSHALL, Deceased, Respondents, to Compel JOHN J. HARE, as Executor, etc., of ELLEN A. BROWN, Deceased, Appellant, to Account and Render and File an Account of His Proceedings as Executor.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ. [See 260 App. Div. 976. See, also, *post*, p. 855.]